PENALTY SHEET

DEFENDANT 5:     ANGELINA MAESTAS

YOB/AGE:         1986/32 years old

COMPLAINT FILED?     ____ Yes     __X__ No

                IF YES, MAGISTRATE CASE NUMBER _____
                IF NO, PROCEED TO "OFFENSE" SECTION

OFFENSE(S):      Count One
Title 21, United States Code, Section 846 – knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with intent to distribute on or more of the following Controlled Substances: (1) 50 grams and more of methamphetamine (actual) and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; (2) 50 grams and more but less than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; (3) less than 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(viii) and(b)(1)(C)

Counts Twenty-Three and Thirty-Four
Title 21, United States Code, Section 843(b) and (d) - Use of a Communication Facility in Connection with Drug Trafficking

NOTICE OF FORFEITURE

LOCATION OF
OFFENSE:         Montrose County, Colorado

PENALTY:         Count One
NLT 10 years or more than life imprisonment
$10,000,000.00 fine
NLT 5 years of supervised release
$100 Mandatory Special Assessment

        Counts Twenty-Three and Thirty-Four
NMT 4 years imprisonment
$250,000.00 fine
NMT 1 year Supervised Release
$100 Mandatory Special Assessment
(PER COUNT)

Forfeiture

| AGENT: | Task Force Officer Chance Davidson |
| --- | --- |
| | Seventh Judicial District Drug Task Force (SJDDTF) |
| AUTHORIZED BY: | Zachary Phillips |
| | Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

\_\_\_\_ five days or less     \_\_X\_\_ over five days     \_\_\_\_\_ other

THE GOVERNMENT

\_\_X\_\_ will seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.